# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE LOGGINS, | |
| Plaintiff, | Case No.: 2:14-cv-01743-GMN-CWH |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pending before the Court is the Proposed Amended Judgment, (ECF No. 41), filed by Defendants Las Vegas Metropolitan Police Department and Corrections Officer Norris ("Defendants"). The Court construes this filing as a motion to amend the judgment. Specifically, Defendants seek to amend the judgment to include the $2,447.95 awarded in the Bill of Costs. However, as stated in the Court's previous Order, (ECF No. 40), the costs taxed are already included in the judgment.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion to Amend the Judgment, (ECF No. 41), is **DENIED as moot**.

**DATED** this __3__ day of May, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

Page 1 of 1